IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE BAVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-0048 |
| | ) | |
| PATRICK R. DONAHOE, | ) | |
| Postmaster General, UNITED | ) | |
| STATES POSTAL SERVICE | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 14th day of September, 2012, IT IS HEREBY ORDERED that defendant's motion to dismiss complaint [doc. no. 5] is DENIED as moot, due to the filing of plaintiff's amended complaint [doc. no. 9] and defendant's answer to the amended complaint [doc. no. 10], without prejudice to defendant's ability to re-raise these issues, if appropriate, based on a more fully developed factual record.

BY THE COURT:

_____, C.J.

cc:  All Counsel of Record