IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE BAVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 12-48 |
| v. | ) | |
| | ) | |
| PATRICK R. DONAHOE, | ) | |
| Postmaster General, | ) | *(Electronically Filed)* |
| United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, to wit, this 3rd day of May, 2013, it is hereby ORDERED that the Stipulation of Dismissal With Prejudice is GRANTED.

s/Terrence F. McVerry
UNITED STATES DISTRICT JUDGE,
AS MISCELLANEOUS JUDGE

cc: All parties